In the Matter of WILLIAM G. MULLIGAN, an Attorney,
Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW
YORK, Respondent.

*Attorneys — disbarment affirmed.*

Matter of Mulligan, an Attorney, 175 App. Div. 323, affirmed.
(Argued October 4, 1921; decided October 18, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 22, 1916, disbarring the appellant herein from
practice as an attorney and counselor at law, upon
charges of gross professional misconduct.

*William G. Mulligan* appellant in person.
*Origen S. Seymour* and *Einar Chrystie* for respondent.
Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.